FILED

MAY - 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK FIAMETTA-MCCONNELL,<br><br>Defendant. | No. CR 11-00836 SBA (DMR)<br><br>DETENTION ORDER |

## I. DETENTION ORDER

Defendant Patrick Fiametta-McConnell Harris is charged in an indictment with violations of 18 U.S.C. § 2119 (carjacking), 18 U.S.C. § 1951(a) (interference with commerce by robbery), 18 U.S.C. § 922(g)(1) (felon in possession of a firearm and/or ammunition), and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) (possession with intent to distribute five grams or more of methamphetamine). On April 19, 2012, the United States moved for Defendant's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). On May 3, 2012, Defendant waived his right to a detention hearing, and also waived his right to written findings.

The Court detains Mr. Fiametta-McConnell. He shall remain committed to the custody of

DETENTION ORDER
CR 11- 00836-1 SBA (DMR)                    1

cc: Copy to parties via ECF, Pretrial Services, Lisa, 2 Certified Copies to U.S. Marshal

the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 3, 2012

DONNA M. RYU
United States Magistrate Judge