Michael Thorman, State Bar No. 63008
Bonjour, Thorman, Baray & Billingsley
24301 Southland Dr., Suite 312
Hayward, CA 94545
Tel: (510) 785-8400
Fax: (510) 670-0955
michael@btbandb.com

Attorneys for defendant Patrick Fiammetta-McConnell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.:   CR 11-00836-1 SBA |
| Plaintiff, | STIPULATION AND ORDER TO RESET HEARING |
| vs. | |
| PATRICK FIAMMETTA-MCCONNELL, | |
| Defendant. _____/ | |

The above-referenced matter is set for change of plea before Magistrate Ryu on November 15, 2012 at 9:30 a.m. Based on a just-discovered calendar conflict, the parties request and hereby stipulate that the change of plea proceedings be rescheduled for Monday, November 19 at 9:30 a.m. before Magistrate Ryu.

IT IS SO STIPULATED.

Dated:  November 13, 2012                                              /s/
                                                                             Michael Thorman


Dated: November 13, 2012                                              /s/
                                                                          Brigid S. Martin, AUSA

1 | ORDER

2 | Pursuant to stipulation of the parties and GOOD CAUSE APPEARING,

3 | The change of plea proceeding scheduled for November 15, 2012 at 9:30 a.m. is hereby
4 | continued to November 19, 2012 at 9:30 a.m. before Magistrate Ryu.
5 | IT IS SO ORDERED.

8 | Dated:   11/14/12

DONNA M. RYU, MAGISTRATE JUDGE