1  Michael Thorman, State Bar No. 63008
   Bonjour, Thorman, Baray & Billingsley
2  24301 Southland Dr., Suite 312
   Hayward, CA 94545
3  Tel: (510) 785-8400
   Fax: (510) 670-0955
4  michael@btbandb.com

5
   Attorneys for defendant Patrick Fiammetta-McConnell
6

7

8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         OAKLAND DIVISION

11
    UNITED STATES OF AMERICA,              No.:   CR 11-00836-1 SBA
12
                  Plaintiff,               STIPULATION AND [PROPOSED]
13                                         ORDER TO CONTINUE
                                           SENTENCING
14  vs.

15
    PATRICK FIAMMETTA-MCCONNELL,
16

17                Defendant.
                  _____/
18

19      The above-referenced matter is set for acceptance of plea and sentencing on May 20,

20  2013 at 9:00 a.m. Defense counsel learned on May 13 that a felony trial in the Superior Court for

21  Solano county, which was expected to be postponed, is scheduled to being on May 20 at 9:00

22  a.m. in Fairfield, California. Based thereon, the parties stipulate and agree that the acceptance of

23  plea and sentencing in this matter may be continued to Tuesday, June 18, 2013 at 9:00 a.m.

24  IT IS SO STIPULATED.

25  ///

26  ///

27  ///

28

1 | Dated: May 15, 2013 /s/
Michael Thorman

4 | Dated: May 15, 2013 /s/
Brigid S. Martin, AUSA

[PROPOSED] ORDER

Pursuant to stipulation of the parties and GOOD CAUSE APPEARING,

The sentencing hearing scheduled for May 20, 2013 at 9:00 a.m. is hereby continued to June 18, 2013 at 9:00 a.m before Judge Armstrong.

IT IS SO ORDERED.

Dated: 5/17/13

HONORABLE SAUNDRA B. ARMSTRONG,
U.S. DISTRICT JUDGE

2